UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CESAR HERNANDEZ-CONTRERAS,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CAUSE NO. 3:26-CV-914-CCB-SJF

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order conditionally granting habeas relief by releasing the petitioner from the Miami Correctional Facility. ECF 13. The court entered the order granting habeas relief on July 16, 2026. ECF 10.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 10) and to close this case.

SO ORDERED on August 4, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT